JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Brian Whitaker,

          Plaintiff,

          v.

Premium Outlet Partners L.P., et al.,

          Defendants.

2:20-cv-08764-VAP-JEMx

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order Granting Defendants' Motion to Dismiss, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   3/2/21

Virginia A. Phillips
United States District Judge